106 A.3d 482

IN THE MATTER OF PETER H. JACOBY, AN ATTORNEY
AT LAW (ATTORNEY NO. 003981987).

January 23, 2015.

## ORDER

This matter having been duly presented, it is ORDERED, that **PETER H. JACOBY,** formerly of **BEDMINSTER,** who was admitted to the bar of this State in 1987, and who was suspended from the practice of law for a period of one year effective June 7, 2011, by Order of this Court filed June 7, 2011, be restored to the practice of law, effective immediately; and it is further

ORDERED that respondent shall continue with his treatment and medication regimen until discharged by his medical providers.

106 A.3d 482

IN THE MATTER OF JEFFREY R. POCARO, AN ATTORNEY
AT LAW (ATTORNEY NO. 023391982).

January 28, 2015.

## ORDER

This matter having been duly presented, it is ORDERED that **JEFFREY R. POCARO** of **FANWOOD,** who was admitted to the bar of this State in 1982, and who was suspended from the practice of law for a period of three months, effective October 23, 2014, by Order of this Court filed September 24, 2014, be restored to the practice of law, effective immediately.